# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| Linda Terrill, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Case No. 09-3407-CV-S-JTM |
| ) | |
| Michael J. Astrue, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On Tuesday, March 1, 2011, oral arguments were held on the PLAINTIFF'S SOCIAL SECURITY BRIEF, filed June 28, 2010 [Doc. 8] and the BRIEF FOR DEFENDANT, filed October 12, 2010 [Doc. 13]. For the reasons set forth by the Court at the conclusion of the arguments, it is

**ORDERED** that this matter is **REVERSED AND REMANDED** to the Social Security Administration pursuant to 42 U.S.C. §405(g), sentence 4 for action consistent with the decision of the Court as set forth at the conclusion of the oral arguments on March 1, 2011. It is further

**ORDERED** that the Commissioner shall obtain from the court reporter a copy of the transcript of the oral arguments so that the Commissioner will know the basis upon which this case is remanded.

                                                     */s/ John T. Maughmer*
                                                  **JOHN T. MAUGHMER**
                                               **U. S. MAGISTRATE JUDGE**