IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| Linda Terrill, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Case No. 09-3407-CV-S-JTM |
| ) | |
| Michael J. Astrue, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is plaintiff's *Application For Attorney's Fees Under The Equal Access To Justice Act*, filed May 30, 2011 [Doc. 22]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that plaintiff's *Application For Attorney's Fees Under The Equal Access To Justice Act*, filed May 30, 2011 [Doc. 22] is **GRANTED**. Accordingly, plaintiff is awarded EAJA fees in the amount of $5,369.50.

                                             */s/ John T. Maughmer*
                                             **JOHN T. MAUGHMER**
                                             **U. S. MAGISTRATE JUDGE**